IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

REDACTED

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 08-122 |
| | ) |
| LLOYD L. STAFFORD, | ) |
| | ) |
| Defendant. | ) |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about June 2, 2008, in the State and District of Delaware, Lloyd L. Stafford, defendant herein, did knowingly attempt to possess and cause to be present in a Federal court facility a firearm, that is, a Davis Industries Derringer, Model DM-22, serial number 346468, in violation of Title 18, United States Code, Section 930(e)(1).

### NOTICE OF FORFEITURE

Upon conviction of the offense alleged in Count One of this Indictment, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms

# # #

involved in the commission of the offense, including but not limited to the following: a Davis Industries Derringer, Model DM-22, serial number 346468.

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Keith M. Rosen
Assistant United States Attorney
Chief, Criminal Division

Lesley Frieder Wolf
Assistant United States Attorney

Dated: August 5, 2008