**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LLOYD L. STAFFORD, | ) | Criminal Action No. 08-122-GMS |
| | ) | |
| Defendant. | ) | |

**NOTICE OF ENTRY OF APPEARANCE**

**PLEASE** enter the appearance of Lesley F. Wolf, Assistant United States Attorney for the District of Delaware, in the above-captioned case.

        Respectfully submitted,

        COLM F. CONNOLLY
        United States Attorney

    BY: /s/ Lesley F. Wolf
        Lesley F. Wolf
        Assistant United States Attorney
        Nemours Building, Suite 700
        1007 Orange Street
        P.O. Box 2046
        Wilmington, DE 19899-2046
        302-573-6277, x106
        lesley.wolf@usdoj.gov

Dated: August 13, 2008