UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 08-122-GMS |
| LLOYD STAFFORD, | : | |
| Defendant. | : | |

### ORDER

Having considered Defendant's Motion,

**IT IS HEREBY ORDERED** this 3rd day of Sept, 2008, that Defendant's Motion is **GRANTED** and the time period for the filing of pre-trial motions is enlarged an additional 32 days and excluded from the Speedy Trial Act calculations. Pre-trial motions are to be filed on or before September 29, 2008.

_____
Chief Judge Gregory M. Sleet

FILED

SEP - 3 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE